In the Matter of the Claim of FLORENCE M. ROTH, Respondent, against A. C. HORN COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted October 8, 1941; decided November 19, 1941.

*Clarence B. Tippett* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.